USCA1 Opinion

 

 [NOT FOR PUBLICATION NOT TO BE CITED AS PRECEDENT] United States Court of Appeals For the First CircuitNo. 99-1221 LUIS LOURIDO, Plaintiff, Appellant, v. COMMISSIONER OF SOCIAL SECURITY, Defendant, Appellee. APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO [Hon. Juan M. Perez-Gimenez, U.S. District Judge] Before Torruella, Chief Judge, Selya and Boudin, Circuit Judges.     Raymond Rivera Esteves on brief for appellant. Guillermo Gil, United States Attorney, Lilliam Mendoza Toro,Assistant U.S. Attorney, and Robert J. Triba, Chief Counsel, SocialSecurity Administration, on brief for appellee.NOVEMBER 1, 1999   Per Curiam. We affirm the judgment for substantially the reasons stated by the district court. The appellant failed to support his claim of severe impairment with medical evidence concerning the insured period and the decision of the administrative law judge was supported by substantial evidence. See Vazquez Vargas v. Secretary of Health and Human Services, 838 F.2d 6 (1st Cir. 1988)(per curiam). Affirmed. Loc. R. 27.1.